# United States District Court
# Central District of California

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>                    Plaintiff,<br><br>     v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; and DOES 1–10,<br><br>                    Defendants. | Case No. 2:15-cv-8613-ODW(GJSx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

/ / /

/ / /

/ / /

Based on the parties' Notice of Settlement (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than June 13, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**